UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ISAAC RAY BANKHEAD, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) Case No. 2:08-cv-00661-WMA-HGD |
| | ) |
| STATE OF ALABAMA PARDON AND PAROLE BOARD, | ) |
| | ) |
| Respondent | ) |

## DISMISSAL ORDER

On December 11, 2008, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondent.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED WITHOUT PREJUDICE so that petitioner can exhaust available state court remedies.

DONE this 8th day of January, 2009.

```
_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE
```